UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

CITIBANK, N.A.,

Plaintiff,

vs.

WILLIAM ANDREW JOHN DEAS,

Defendant.

---------------------------------------------------------------- X

Case No. 1:25-cv-10140-JPO

DEFAULT JUDGMENT

This action having been commenced on December 5, 2025 by the filing of the Complaint, a copy of the Summons and Complaint having been personally served on Defendant William Andrew John Deas on December 20, 2025, proof of service having been filed on January 13, 2026, the Defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED, that judgment be entered in favor of plaintiff Citibank, N.A. and against defendant William Andrew John Deas in the liquidated amount of $205,042.27 for principal and interest, plus attorneys' fees and costs in the amount of $9,460.67, for a total judgment of $214,502.94, plus post-judgment interest accruing annually from the date of entry of judgment, pursuant to 28 U.S.C. § 1961.

The Clerk of Court is directed to enter judgment in favor of Citibank and against Deas in the amount of $214,502.94, to close the motion at Docket Number 14, and to close the case.

So Ordered.

Date: August 19, 2026

J. PAUL OETKEN
United States District Judge